UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES JAY BAUM,

       Plaintiff,

                                                   Case No. 2:05-cv-89
v.                                                HON. ROBERT HOLMES BELL

ANTHONY IMMEL, et al.,

       Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on.  The Report and Recommendation was duly served on the parties. The Court has received objections from the plaintiff.  In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.  The Court now finds the objections to be without merit.

Plaintiff filed his civil rights action after the expiration of the statute of limitations period.  Plaintiff has failed to set forth any valid reason to toll the statute of limitations period.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

Dated:     March 13, 2006         /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE